AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CHASANOW, DEBORAH K. | 2. Court or Organization<br><br>U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report<br><br>8/7/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>RM 400 U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust created by family member's will (created 11/2011) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Maryland Retirement | $12,052.62 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. various | Retirement Income, State of Maryland Judiciary |
| 2. various | Private mediation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rollover IRA, Delaware Charter Trustee (H) | | | | | | | | | |
| 2. --Morgan Stanley Bank NA, formerly Daily Income Fund | A | Interest | K | T | | | | | |
| 3. --Conoco Phillips | B | Dividend | K | T | | | | | |
| 4. --Phillips 66 | A | Dividend | J | T | | | | | |
| 5. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 6. --Vanguard Dividend Appreciation | A | Dividend | K | T | | | | | |
| 7. --Vanguard Short-Term Corporate | A | Dividend | J | T | | | | | |
| 8. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | L | W | | | | | |
| 9. Ameriprise Financial AQEAX | A | Dividend | K | T | | | | | |
| 10. Bank of America SAVINGS | A | Interest | L | T | | | | | |
| 11. Bank of America CHECKING | A | Interest | O | T | | | | | |
| 12. Bank of America checking | A | Interest | O | T | | | | | |
| 13. Bank of America SAVINGS | B | Interest | M | T | | | | | |
| 14. Morgan Stanley Bank N.A., | A | Dividend | N | T | | | | | |
| 15. America Movil SA | A | Dividend | K | T | | | | | |
| 16. Equitable Life Insurance Policy--whole life | C | Dividend | M | T | | | | | |
| 17. Hartford Life Insurance Policy--whole life on parents' lives | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SEP IRA (H) | | | | | | | | | |
| 19. --Morgan Stanley Bank NA, formerly Daily Income fund | A | Dividend | K | T | | | | | |
| 20. --Plum Creek Timber Co. | | None | | | Merged (with line 21) | 02/19/16 | L | | |
| 21. --Weyerhaeuser Company | D | Dividend | M | T | | | | | |
| 22. --Chevron Corp | C | Dividend | L | T | | | | | |
| 23. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 24. --Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 25. --Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 26. --Johnson and Johnson | B | Dividend | K | T | Sold (part) | 07/07/16 | J | D | |
| 27. --Caterpillar Inc. | B | Dividend | L | T | Sold (part) | 07/07/16 | J | C | |
| 28. --Coca Cola Company | A | Dividend | K | T | Sold (part) | 07/07/16 | J | C | |
| 29. --General Mills Inc. | A | Dividend | K | T | Sold (part) | 07/07/16 | J | D | |
| 30. --Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 31. --iShares Barclays 1-3 year credit bond | A | Dividend | K | T | | | | | |
| 32. --Conoco Phillips | B | Dividend | | | Sold | 07/07/16 | K | A | |
| 33. --Phillips 66 | A | Dividend | K | T | | | | | |
| 34. --Rayonier Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Matthews Asian Japan Inv. | A | Dividend | K | T | | | | | |
| 36.   --Bank of America Corp | A | Dividend | K | T | | | | | |
| 37.   --iShares S&P US PFD Stk Idx | A | Dividend | J | T | | | | | |
| 38.   --Pfizer Inc | A | Dividend | K | T | | | | | |
| 39.   --Vanguard FTSE Europe ETF | A | Dividend | J | T | | | | | |
| 40.   --Wisdomtree Trust Japn Hedge EQ | A | Dividend | J | T | | | | | |
| 41.   --Calamos Market Neutral Inc | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 42.   --Doubleline Income Solutions FD | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 43.   --Clearbridge Energy MLP FD Inc | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 44.   Spectra Enegy Corp. | A | Dividend | J | T | | | | | |
| 45.   Anadarko Petroleum Corp. | A | Dividend | K | T | | | | | |
| 46.   HP Inc Com, formerly Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 47.   Apache Corp. | A | Dividend | K | T | | | | | |
| 48.   Bank of America Time Deposits | C | Interest | M | T | | | | | |
| 49.   Conoco Phillips | A | Dividend | K | T | | | | | |
| 50.   Phillips 66 | A | Dividend | K | T | | | | | |
| 51.   iShares MSCI Germany Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. John Deere & Co. | B | Dividend | L | T | | | | | |
| 53. Northern Trust Co. checking account | C | Interest | N | T | | | | | |
| 54. B of A. Fund Strat Mngd Acct (Merrill Lynch)(no control)(H) | | | | | | | | | |
| 55. --Allianz NFJ | A | Dividend | J | T | | | | | |
| 56. --BIF Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 57. --T Rowe Price Dividend | A | Dividend | J | T | | | | | |
| 58. --Blackrock Eqty Dividend | A | Dividend | J | T | | | | | |
| 59. --Legg Mason Western Asset | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 60. --Mainstay Large Cap | B | Distribution | J | T | | | | | |
| 61. --MFS Value FD CL 1 | A | Dividend | K | T | | | | | |
| 62. --Blackrock Short Term Muni | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 63. --Columbia Select Large Cap | A | Dividend | J | T | | | | | |
| 64. --The Oakmark Int'l Fund | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 65. --Clearbridge Small Cap | | None | | | Sold | 02/03/16 | J | A | |
| 66. --Oppenheimer International | A | Dividend | K | T | | | | | |
| 67. --Harbor International | A | Distribution | | | Sold | 10/25/16 | J | A | |
| 68. --Lord Abbett Intermediate | A | Dividend | J | T | Buy | 05/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --PNC Small Cap FD 1 | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 70. --T Rowe Price Summit Muni | | None | J | T | Buy | 05/05/16 | J | | |
| 71. --Victory Sycamore Small | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 72. --SPDR S P DIVID ETF | A | Dividend | | | Buy | 02/03/16 | J | | |
| 73. | | | | | Sold | 05/05/16 | J | A | |
| 74. --iShares Tr Russell 2000 | A | Dividend | | | Buy | 02/03/16 | J | | |
| 75. | | | | | Sold | 05/05/16 | J | A | |
| 76. --Hancock Horizon diversified Intl FD Inst | | | | | Buy | 02/03/16 | J | | |
| 77. | | | | | Sold | 07/20/16 | J | A | |
| 78. NextEra Energy, Inc. formerly FPL Group | B | Dividend | L | T | | | | | |
| 79. iShares Barclays TIPS bond | A | Dividend | K | T | | | | | |
| 80. Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 81. iShares Barclays 1-3 Credit Bond | A | Dividend | K | T | | | | | |
| 82. iShares MSCI Emerging Market Index Fund9 | A | Dividend | J | T | | | | | |
| 83. Capital One Bank, Bank accounts | B | Interest | M | T | | | | | |
| 84. Apple, Inc. | B | Dividend | L | T | | | | | |
| 85. American Woodmark Corp. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CF Industries Holdings, Inc. | B | Dividend | K | T | | | | | |
| 87. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 88. General Mills Inc. | A | Dividend | K | T | | | | | |
| 89. iShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 90. Genl Dynamics Corp | A | Dividend | K | T | | | | | |
| 91. The India Fund Inc | A | Dividend | K | T | | | | | |
| 92. Vanguard FTSE Europe ETF | A | Dividend | K | T | | | | | |
| 93. Vanguard FTSE Pacific ETF | A | Dividend | K | T | | | | | |
| 94. Vanguard Mid-Cap ETF | A | Dividend | L | T | | | | | |
| 95. Vanguard Small Cap ETF | B | Dividend | L | T | | | | | |
| 96. Wisdomtree Europe Hedged Equit | A | Dividend | K | T | | | | | |
| 97. Wisdomtree Trust India | A | Dividend | K | T | | | | | |
| 98. Wisdomtree Trust Japn Hedge EQ | A | Dividend | K | T | | | | | |
| 99. Wells Fargo & Co New | A | Dividend | K | T | Buy | 9/20/16 | K | | |
| 100. Blackstone REIT | A | Interest | K | T | Buy | 12/28/16 | K | | |
| 101. Trust Under Family Member's Will (H) | | | | | | | | | |
| 102. --Property in Sussex Co. Delaware | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Bank of America checking | A | Interest | M | T | | | | | |
| 104.  --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |
| 105.  --Energy Transfer Partners LP | C | Distribution | K | T | | | | | |
| 106.  --Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 107.  --Clearbridge Energy MLP Tot Ret | C | Distribution | K | T | | | | | |
| 108.  --MPLX LP | B | Distribution | K | T | | | | | |
| 109.  --Merck & Co Inc | B | Dividend | K | T | Sold (part) | 11/21/16 | K | C | |
| 110.  --Nestle Spon ADR Rep | B | Dividend | K | T | | | | | |
| 111.  --Targa Res Ptnrs LP | B | Distribution | | | Sold | 02/17/16 | J | A | |
| 112.  --Vodafone GP Plc ADS NEW | A | Dividend | | | Sold | 07/26/16 | J | A | |
| 113.  --BCE Inc. | B | Dividend | K | T | | | | | |
| 114.  --Unit First Trust Deep Value Sub 10 Div. 10 (X) | | | | | Sold | 09/22/15 | K | A | |
| 115.  --Unit Van Kampen Morgan Stanley Stocks for 2016 | A | Dividend | | | Sold | 04/25/16 | L | E | |
| 116.  --First TR Morningstar Div | B | Dividend | K | T | Sold (part) | 11/21/16 | K | D | |
| 117.  --First Trust DJ GL Sel DVD | B | Dividend | K | T | | | | | |
| 118.  --AT&T Inc | B | Dividend | K | T | | | | | |
| 119.  --Clearbridge Amern Engy MLP FND | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --First Trust New Opp MLP&ENE FD | B | Distribution | K | T | | | | | |
| 121. --Unit Guggenheim SMID Dividend Strength 1 | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 122. --Unit Guggenheim European High Dividend 2 | A | Dividend | | | Sold (part) | 03/25/16 | J | | |
| 123. | | | | | Sold | 05/16/16 | J | A | |
| 124. --Verizon Communications | A | Dividend | J | T | Sold (part) | 05/16/16 | K | A | |
| 125. --Unit First Trust Capital Strength Buy-Write 25 | A | Distribution | K | T | Sold (part) | 09/25/16 | J | A | |
| 126. --Unit First Trust Dividend Strength 27 | C | Dividend | M | T | | | | | |
| 127. --Unit First Trust Dividend Strength 28 | A | Distribution | K | T | Sold (part) | 12/25/16 | J | A | |
| 128. --Unit Invesco S&P Dividend Sustainability 2015-3 | A | Distribution | K | T | | | | | |
| 129. --Unit First Trust Deep Value Dividend 8 | B | Dividend | K | T | | | | | |
| 130. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 131. --NRG Yield Inc. | A | Distribution | K | T | | | | | |
| 132. --Unit Guggenheim SMID Dividend Strength 4 | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 133. --Unit Guggenheim Dividend Strength 20 | A | Dividend | L | T | Buy | 05/10/16 | L | | |
| 134. --iShares Nat Mun BN ETF (MUB) | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 135. --Nuveen Intermediate Duration (NIQ) | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 136. --Unit Invesco Stocks for 2019 | A | Dividend | L | T | Buy | 04/25/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --CISCO sys Inc | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 138. --GlaxoSmithKlein PLC ADS | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 139. --Targa Resources CP | A | Dividend | K | T | Buy | 02/17/16 | J | | |
| 140. --Morgan Stanley Bank | A | Interest | L | T | Open | 01/01/16 | L | | |
| 141. --Wash Real Est Inv Tr Maryland | A | Dividend | K | T | Buy | 05/26/16 | K | | |
| 142. --Cummins Inc | | None | J | T | Buy | 11/21/16 | J | | |
| 143. --Caterpillar Inc | | None | J | T | Buy | 11/21/16 | J | | |
| 144. --Berkshire Hathaway CL-B New | | None | K | T | Buy | 11/21/16 | K | | |
| 145. --JP Morgan Alerian MLP Index ETN | | None | K | T | Buy | 11/21/16 | K | | |
| 146. --S & P 500 Index fund | A | Dividend | K | T | Buy | 11/21/16 | K | | |
| 147. JAMS, Inc/Endispute | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 8/7/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 114.  Asset sold in 2015 and inadvertently failed to report in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DEBORAH K. CHASANOW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544